**United States District Court**
For the Northern District of California

1
2
3
4
5         IN THE UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  COMMUNITY FUND,
9         Plaintiff,                               No. 10-02644 EDL
10    v.                                           **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**
11  CONSUELO LOPEZ,
12         Defendants.
                                      /
13
14    On October 15, 2010, Plaintiff's counsel faxed a request to appear telephonically at the initial
15  case management conference set for October 19, 2010 at 10:00 a.m. Good cause appearing, IT IS
16  HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the date
17  and time above until called by the Court.
18  Dated: October 15, 2010
19                                                 *Elizabeth D. Laporte*
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge
20
21
22
23
24
25
26
27
28